# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Trustgard Insurance Company, )<br>)<br>                Plaintiff, )<br>)<br>v. )<br>)<br>Michael Brown, individually and d/b/a )<br>Triple S Transport, and Sharon Collins, )<br>Dorothy L. Jackson, individually and as )<br>Executor of the Estate of Alfred Jackson, )<br>Sr., John A. Godfrey, and Mattie E. Render, )<br>)<br>                Defendants. )<br>_____) | Civil Action No.: 3:17-cv-00807-JMC<br><br>**ORDER ON REMAND** |

Plaintiff Trustgard Insurance Company filed this declaratory judgment action against Defendants Michael Brown, individually and doing business as Triple S Transport (together "Brown"), and Sharon Collins, Dorothy L. Jackson, individually and as Executor of the Estate of Alfred Jackson, Sr., John A. Godfrey, and Mattie E. Render (collectively "Defendants") seeking a declaration by the court that a commercial automobile insurance policy (the "Policy") issued by Plaintiff to Brown and bearing policy number XA 2102843 00 does not provide coverage or otherwise create a duty to defend or indemnify Brown with regard to the ongoing lawsuit styled *Sharon Collins v. Michael McWilliams*, *et al.*, Case No. 2016-CP-03-00124 (Allendale Cty. Ct. Com. Pl.) (the "Underlying Action). (ECF No. 1 at 3 ¶ 20–4 ¶ 25.) In the alternative, Plaintiff sought a declaration that the MCS-90 Endorsement in the Policy does not provide coverage to Brown or otherwise create a duty to defend or indemnify him as a result of the Underlying Action. (*Id.* at 4 ¶ 26–6 ¶ 36.) On December 17, 2017, the court entered an Order (the "December Order") granting Plaintiff's Motion for Summary Judgment (ECF No. 31) and finding that Plaintiff did not have a duty to Brown. (ECF No. 47 at 9–10.)

1

This matter is before the court on remand "to dismiss the action without prejudice" as per instructions from the United States Court of Appeals for the Fourth Circuit.  (*See* ECF No. 57 at 16.)  In reviewing the matter on appeal, the Fourth Circuit found error in the December Order opinion because the court "reached the merits despite a thin and ambiguous record" and "created both a substantial question about whether Article III jurisdiction existed and a serious potential to interfere with ongoing state proceedings."  (*Id.*)  Based on this finding, the Fourth Circuit vacated the December Order and remanded the matter for the court to dismiss it.  (*Id.*; *see also* ECF No. 58-1.)

Therefore, in accordance with the Fourth Circuit's Mandate and Judgment (ECF Nos. 58, 58-1), the court hereby **DISMISSES** the Complaint in this matter without prejudice.

**IT IS SO ORDERED.**

United States District Judge

June 1, 2020
Columbia, South Carolina