AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Trustgard Insurance Company,
*Plaintiff*

v.     Civil Action No.     3:17-00807-JMC

Michael Brown, individually and d/b/a
Triple S Transport, and Sharon Collins,
Dorothy L. Jackson, individually and as
Executor of the Estate of Alfred Jackson,
Sr., John A. Godfrey, and Mattie E. Render,
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Complaint in this matter is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having reconsidered the matter in accordance with the decision of the United States Court of Appeals for the Fourth Circuit which vacated the order entered 12/04/2017 and remanded to the district court for further proceedings.

Date:   June 2, 2020     *CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*